1  **WO**

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  **United States of America,**                 )         **M 04-4174-PCT-LOA**
                                                 )
10         **Plaintiff,**                        )         **ORDER**
                                                 )         **REVOKING SUPERVISED RELEASE**
11  **vs.**                                      )
                                                 )
12                                               )
    **Stephen Allen Bracker,**                   )
13                                               )
           **Defendant.**                        )
14                                               )
    _____      )

15

16         A petition for revocation of supervised release having been filed and hearings held

17  with the defendant and counsel present, and the defendant having previously admitted

18  violation of special condition #2,

19         IT IS ORDERED revoking the defendant's supervised release and the defendant,

20  Stephen Allen Bracker, shall be committed to the custody of the Bureau of Prisons for a term

21  of **NINE (9) MONTHS with credit for 50 days pre-disposition incarceration**. No further

22  sanction of supervised release is imposed.  The Court recommends to the Bureau of Prisons

23  that the defendant be designated to the institution in Flagstaff, Arizona, to facilitate visitation

24  with family.

25         IT IS FURTHER ORDERED the defendant shall pay a $25.00 special assessment and

26  $500.00 fine with credit for monies paid to date and is terminated from supervised release..

27         The defendant is remanded into the custody of the United States Marshal's Service.

28

1

The defendant is advised of his right to appeal within 10 days.

2

DATED this 11th day of May, 2006.

3

4

Lawrence O. Anderson
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -